## CALIFORNIA STEAM NAVIGATION COMPANY, Respondent, v. A. J. BROWN, Appellant.

### No. 925; April 7, 1856.

**Injunction—Restraint of a Trespass.**—An injunction will not be granted to restrain a trespass except where the injury threatened would be irremediable.

APPEAL from Sixth Judicial District, Sacramento County.

Winans & Hyer for respondent; McKune, Robinson & Beatty for appellant.

HEYDENFELDT, J.—The general rule is, that an injunction will not be granted to restrain a trespass, except in cases

where the injury would be irremediable. There is nothing to take this case without the influence of that rule.

Ordered that the injunction be dissolved.

I concur: Terry, J.